**Pursuant to Ind. Appellate Rule 65(D), this Memorandum Decision shall not be regarded as precedent or cited before any court except for the purpose of establishing the defense of res judicata, collateral estoppel, or the law of the case.**



APPELLANT PRO SE:

**WILLIAM TEMPLE**
New Castle, Indiana

ATTORNEYS FOR APPELLEE:

**GREGORY F. ZOELLER**
Attorney General of Indiana

**KATHY BRADLEY**
Deputy Attorney General
Indianapolis, Indiana

# IN THE
# COURT OF APPEALS OF INDIANA

| | | |
|---|---|---|
| WILLIAM TEMPLE, | ) | |
| | ) | |
| Appellant-Defendant, | ) | |
| | ) | |
| vs. | ) | No. 33A01-1408-MI-336 |
| | ) | |
| NEW CASTLE | ) | |
| CORRECTIONAL FACILITY, | ) | |
| | ) | |
| Appellee-Plaintiff. | ) | |

APPEAL FROM THE HENRY CIRCUIT COURT
The Honorable Kit C. Dean Crane, Judge
Cause No. 33C02-1209-MI-110

**December 16, 2014**

**MEMORANDUM DECISION – NOT FOR PUBLICATION**

**BAKER, Judge**

On September 6, 2012, William Temple filed a pro se "Petition for Writ of State Habeas Corpus Relief" in Henry County. The trial court dismissed Temple's motion and Temple appealed. On July 3, 2013, a panel of this Court reversed and remanded with instructions to "transfer[] the cause to the court where [Temple] was convicted and sentenced, namely, the Marion Superior Court." Temple v. State, No. 33A01-1211-MI-533, at *2 (Ind. Ct. App. July 3, 2013).

The Henry Circuit Court failed to follow this Court's explicit instructions to transfer this cause to the Marion Superior Court. Instead, on July 21, 2014, the trial court denied Temple's petition and granted summary disposition to New Castle Correctional Facility. Inasmuch as the trial court failed to follow this Court's instructions on remand, we again reverse and remand with the same instructions.

The judgment of the trial court is reversed and remanded with instructions to transfer the cause to Marion Superior Court, where Temple was convicted and sentenced.

VAIDIK, C.J., and RILEY, J., concur.